

Clerk's Use Only

Initial for fee pd.:

Thomas A. Doyle
SAUNDERS & DOYLE
20 S. Clark Street, Suite 1720
Chicago, IL  60603
(312) 551-0051

**FILED**

MAR 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

William E. Stack and Margo Stack,

Plaintiff(s),

v.

Chungwa Picture Tubes Ltd. ,et al,

Defendant(s).          /

CASE NO. 4:08-cv-1319 WDB

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Thomas A. Doyle, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Craig C. Corbitt, ZELLE HOFMANN VOELBEL MASON & GETTE LLP,
44 Montgomery Street, Suite 3400, San Francisco, CA  94104  (415) 693-0700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008