Clerk's Use Only

Initial for fee pd.:

Terry Rose Saunders
SAUNDERS & DOYLE
20 S. Clark Street, Suite 1720
Chicago, IL 60603
(312) 551-0051

**FILED**

MAR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William E. Stack and Margo Stack,

          Plaintiff(s),

v.

Chungwa Picture Tubes Ltd., et al,

          Defendant(s).

CASE NO. 4:08-cv-1319 WDB

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Terry Rose Saunders, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Craig C. Corbitt, ZELLE HOFMANN VOELBEL MASON & GETTE LLP,
44 Montgomery Street, Suite 3400, San Francisco, CA 94104 (415) 693-0700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008

*Terry Rose Saunders* (signature)