**RECEIVED**

MAR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Willieam E. Stack and Margo Stack,

Plaintiff(s),

v.

Chungwa Picture Tunes Ltd., et al.,

Defendant(s).
_____/

CASE NO. 4: 08-cv-1319 WDB

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Terry Rose Saunders , an active member in good standing of the bar of the State of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

SAUNDERS & DOYLE, 20 South Clark Street, Suite 1720, Chicago, Illinois 60603, (312) 551-0051

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge