1
2
3
4
5              UNITED STATES DISTRICT COURT
6             NORTHERN DISTRICT OF CALIFORNIA
7
8  In Re: Cathode Ray Tube (CRT)    )  Case No. 07-5944 SC
   Antitrust Litigation             )            08-1319 WDB
9  _____ )            08-1364 MEJ
                                     )            08-1371 MMC
10 CRAGO, Inc.,                      )            08-1108 JF
                                     )
11         Plaintiff,                )  ORDER CONSOLIDATING
                                     )  CASES
12      v.                           )
                                     )
13 CHUNGHWA PICTURE TUBES, LTD., et  )
   al.,                             )
14                                   )
           Defendants.              )
15 _____ )
16

17      The Court hereby finds that civil cases Stack et al. v.

18 Chunghwa Picture Tubes, LTD., et al., Case No. 08-1319, Elligson

19 v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-1364, Nasto

20 et al. v. LG Electronics, Inc., et al., Case No. 08-1371, and

21 Gonzalez v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-

22 1108, are suitable for CONSOLIDATION for the purposes of discovery

23 and pre-trial hearings.  This consolidation is warranted by common

24 questions of law and fact that pervade these individual matters.

25 Consolidation will facilitate discovery and conserve judicial

26 resources.

27 ///

28 ///

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1    This consolidated case will henceforth be referred to as "IN

2  RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1971.

3  All documents are to be filed under case number 07-5944-SC and all

4  future filings are to bear the initials "SC" immediately after the

5  case number.

6

7

8    IT IS SO ORDERED.

9

10   Dated: March 17, 2008



11

12                                   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                  2