**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 |
| | MDL No. 1917 |
| This Document Relates to: | [PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY |
| All Indirect-Purchaser Actions Including: *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. C08-1319-WBD | Honorable Samuel Conti |

This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

The motion for issuance of letters rogatory on Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. is GRANTED.

Dated: March _31_, 2008

*[signature]*
_____
The Honorable Samuel Conti
United States District Judge

#3172563v1